# Exhibit C

Exhibit C



---------- Forwarded message ---------
From: **jodie@jkfoodgroup.com** <jodie@jkfoodgroup.com>
Date: Mon, Jun 6, 2022 at 3:32 PM
Subject: Re: Faccia Brutto/a
To: Patrick Miller <patrick@facciabruttospirits.com>

Hi Patrick -

Thanks so much for reaching out. I'd be happy to to discuss this week - are there any days/times that are best for you to jump on a call?

In the meantime, I can have the team remove the Faccia Brutto Fernet from our back bar if you'd like. The product had been presented to our Bar Manager at a tasting a couple weeks prior to opening as we were seeking out more domestic amari and cordials, so I sincerely apologize if it's created any unnecessary confusion.

Let me know when works for you to chat.

Cheers,
Jodie


Jodie Battles
**Beverage Director/Managing Partner**
Toro, Coppa, Little Donkey, Faccia Brutta/Bar Pallino

1

jodie@jkfoodgroup.com

On Jun 6, 2022, at 1:25 PM, Patrick Miller <patrick@facciabruttospirits.com> wrote:

Ciao Jodie,

I own and operate Faccia Brutto distillery in Brooklyn, NY. I heard about your restaurant when my friend in Boston sent me your profile on Instagram a month ago.  I'm curious as to whether you were aware of our existence before choosing this name for the restaurant. In recent weeks I've received messages about whether or not we are connected and if you use the same font as us. We also have learned that you carry our products. As you can imagine, I'm concerned about potential customer confusion here.

We are also planning on moving into different areas of the food and beverage space and want to chat with you about this so that there is no confusion about who owns what moving forward.

I'm hoping to resolve this amicably without the need for my attorney. Please let me know when you're available to discuss.


Patrick Miller
Owner, Distiller